# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS, DIVISION

| | |
|---|---|
| JOSEPH L. MARSHALL and<br>FRANCIS B. MARSHALL,<br><br>    Plaintiffs,<br><br>v.<br><br>NOVELTY, INC., d/b/a SMOKEZILLA,<br>and MAC'S CONVENIENCE STORES, LLC,<br>d/b/a CIRCLE K HEARTLAND,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Please take notice that Defendant Mac's Convenience Stores, LLC (incorrectly sued as "Mac's Convenience Stores, LLC d/b/a Circle K Heartland") hereby removes Case No. 2021 L 000103 from the Circuit Court of the Sixth Judicial Circuit Champaign County, Illinois, to this Court. This removal is based on the following grounds:

    1.    This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because diversity jurisdiction exists.

    2.    On or about June 16, 2021, Plaintiff commenced this action by filing a Complaint in the Circuit Court of the Sixth Judicial Circuit Champaign County, Illinois. (*See* Summons & Compl., Ex. 1.)

    3.    Plaintiff served Mac's Convenience Stores, LLC via personal service on June 17, 2021. (*Id.*)

    4.    As of the time of filing this Notice of Removal, Co-Defendant, Novelty, Inc. d/b/a Smokezilla, does not have an appearance of counsel on record. (See copy of the Affidavit of Paul A. Ruscheinski and its accompanying exhibits attached as Ex. 2).

**NATURE OF THE CASE**

5. Plaintiffs purchased a lighter from a Circle K store on April 24, 2021. (Compl. ¶¶ 1-4.)

6. Plaintiffs allege that the subject lighter was manufactured, distributed and/or placed into the stream of commerce by defendant, Novelty, Inc. d/b/a Smokezilla. (Compl. ¶ 3.)

7. Plaintiff has sued Mac's Convenience Stores, LLC and Novelty, Inc. d/b/a Smokezilla claiming that the subject lighter exploded and caused physical injury to the Plaintiff and damage to Plaintiff's property. Counts I-IV of Plaintiff's Complaint against Novelty, Inc. d/b/a Smokezilla allege strict liability, negligence, breach of warranty, and loss of consortium. Counts V-IX of Plaintiff's Complaint against Mac's Convenience Stores, LLC (improperly referred to as "Circle K"), allege strict liability, negligence, breach of warranty, loss of consortium and breach of contract.

**PROCEDURAL STATEMENT**

8. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

9. This notice of removal is filed within 30 days of the time Plaintiff served Mac's Convenience Stores, LLC, and is therefore timely under 28 U.S.C. § 1446(b). *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc*., 526 U.S. 344 (1999).

10. As of the time of filing this Notice of Removal, Co-Defendant, Novelty, Inc. d/b/a Smokezilla, does not have an appearance of counsel on record. (See Ex. 2).

11. Pursuant to 28 U.S.C. 1441(a), Mac's Convenience Stores, LLC attaches to this Notice of Removal all pleadings and process that have been served on it. (Ex. 1).

12.     As required by 28 U.S.C. § 1446(d), Mac's Convenience Stores, LLC will promptly serve upon Plaintiff's counsel and file in Champaign County, Illinois, a true and correct copy of this Notice of Removal.

**COMPLETE DIVERSITY OF CITIZENSHIP EXISTS BETWEEN PLAINTIFF AND DEFENDANT**

13.     Plaintiffs, Joseph L. Marshall and Francis B. Marshall, are Illinois citizens who are domiciled in Champaign County, Illinois.

14.     Mac's Convenience Stores, LLC is incorporated under the laws of Delaware and its principal place of business is in Indiana. (See Affidavit of Riley Delano attached as Ex. 3).

15.     Novelty, Inc. d/b/a Smokezilla is incorporated under the laws of Indiana with its principal place of business in Indiana. (See Ex. 2).

16.     There is thus complete diversity of citizenship between Plaintiffs, who are Illinois citizens, and Mac's Convenience Stores, LLC and Novelty, Inc. d/b/a Smokezilla because they are not Illinois citizens.

**THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED**

17.     Plaintiffs claim that they incurred damages in excess of $50,000. (*See* Compl.) Plaintiffs are alleging that they suffered physical injuries and damage to their property as a result of the explosion of the subject lighter. Plaintiffs are alleging that they have incurred medical bills to obtain treatment for Mr. Marshall's injuries, and that he has been permanently scarred, and has sustained permanent nerve damage as a result of his injuries. Plaintiffs are also alleging that Mr. Marshall lost income from his regular employment and that he may require further medical treatment and/or miss additional time from his regular employment. (*See* Compl.)  It is therefore certain that Plaintiffs' alleged damages in this case exceed $75,000, exclusive of interest and costs.

## CONCLUSION

For the reasons set forth above, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 and removal of this action to this Court is proper under 28 U.S.C. § 1441. In accordance with 28 U.S.C. § 1446, Defendant Mac's Convenience Stores, LLC is concurrently filing a copy of this notice with the Circuit Court of Champaign County and has attached hereto as exhibits all process and pleadings served on it in 2021 L 000103.

Dated: July 15, 2021  /s/ *Paul A. Ruscheinski*

Paul A. Ruscheinski, ARDC #6279731
Natalie J. Eschbach, ARDC #6303259
Litchfield Cavo LLP
303 W. Madison, Suite 300
Chicago, IL 60606
(312) 781-6602
ruscheinski@litchfieldcavo.com
eschbach@litchfieldcavo.com

*Counsel for Mac's Convenience Stores, LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on July 15, 2021, I, counsel for Mac's Convenience Stores, LLC, served the foregoing **NOTICE OF REMOVAL** via electronic mail to the below-listed counsel of record for plaintiff in state court:

Brian M. Wendler
Angie M. Zinzilieta
Warren E. Benning
900 Hillsboro Ave., Suite 10
Edwardsville, Illinois 62025
wendlerlawpc@gmail.com
*Counsel for Plaintiffs*

                                                                          /s/ *Paul A. Ruscheinski*



# Notice of Service of Process

null / PERINJ
**Transmittal Number:** 23374632
**Date Processed:** 06/21/2021

| | |
|---|---|
| **Primary Contact:** | Beth Pierce<br>Circle K<br>1100 Situs Ct<br>Ste 100<br>Raleigh, NC 27606-4295 |
| **Electronic copy provided to:** | Angela Hudson<br>Deborah Hutchins<br>Debbie Gooldy<br>Lisa Puckett<br>Elaine Vaincourt<br>Michelle Yohe<br>Vanessa Alaniz<br>Shelly Schilling |

| | |
|---|---|
| **Entity:** | Mac's Convenience Stores LLC<br>Entity ID Number  2621051 |
| **Entity Served:** | Mac's Convenience Stores, LLC |
| **Title of Action:** | Joseph L. Marshall vs. Novelty, Inc., d/b/a Smokezilla |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Champaign County Circuit Court, IL |
| **Case/Reference No:** | 2021L 000103 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 06/17/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Brian M. Wendler<br>618-692-0011 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882  |  sop@cscglobal.com